**34** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL ORTEGA, Appellant. [40 NYS3d 768]—Judgment, Supreme Court, Bronx County (Judith Lieb, J.), rendered March 7, 2014, as amended April 3, 2014, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Andrias, Saxe, Feinman and Gische, JJ.